UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        Case No. 8:14-cr-437-T-30EAJ

KELSEY RYAN HARPER

### FORFEITURE MONEY JUDGMENT

Before the Court is the United States' Motion for a Forfeiture Money Judgment (Doc. 84), pursuant to 21 U.S.C. § 853(a) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, against defendant Kelsey Ryan Harper in the amount of $1,500,000, representing the amount of proceeds obtained as a result of the conspiracy distribute and to possess with intent to distribute 100 kilograms or more of marijuana, in violation of 21 U.S.C. §§ 841, 846 and 841(b)(1)(B)(vii), as charged in Count One of the Indictment.

Harper pleaded guilty to Count One, and the Court accepted his plea adjudged him guilty. The United States has established that the amount of proceeds obtained as a result of the conspiracy is $1,500,000.

Accordingly, the motion (Doc. 84) of the United States is GRANTED. Pursuant to 21 U.S.C. § 853(a) and Rule 32.2(b)(2), Harper is granted a money judgment in the amount of $1,500,000, for all of which let execution issue.

Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of any assets belonging to the defendant that the United States is

entitled to forfeit under 21 U.S.C. § 853(p) in satisfaction of the defendant's $1,500,000 forfeiture money judgment.

**DONE AND ORDERED** in Tampa, Florida, on April 6th, 2015.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2014\14-cr-437 Forfeit MJ 84.docx